UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL HUNTER,

                    Plaintiff,

v.

DONALD TRUMP et al.,

                    Defendants.

Case No. 25-mc-50002
Honorable Shalina D. Kumar
Magistrate Judge Curtis Ivy, Jr.

**ORDER IMPOSING FURTHER FILING RESTRICTIONS**

On January 3, 2025, plaintiff Carl Hunter ("Hunter"), a pro se litigant, initiated this civil action against defendants Donald Trump and "USA Healthcare." ECF No. 1. Since 2019, Hunter has been enjoined and restrained from filing any new complaints in the Eastern District of Michigan without seeking and obtaining leave of court by the presiding judge. Because he did not have permission to file this complaint, the Court dismissed his case. ECF No. 2.

Undeterred, Hunter has continued to file nonsensical documents into this case, *see* ECF Nos. 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, needlessly expending the limited time and resources of the judges and court staff in the Eastern

District of Michigan. Accordingly, the Court must address Hunter's on-going defiance of its orders.

"Federal courts have recognized their own inherent power and constitutional obligation to protect themselves from conduct that impedes their ability to perform their Article III functions and to prevent litigants from encroaching on judicial resources that are legitimately needed by others." *Meros v. Dimon*, 2017 WL 6508723, at *9 (S.D. Ohio Dec. 20, 2017) (quoting *Johnson v. Univ. Housing*, 2007 WL 4303729, at *12 (S.D. Ohio, Dec. 10, 2007)). And the Sixth Circuit has repeatedly upheld the prefiling restrictions that trial courts have imposed on vexatious litigators. *Asamoah v. Amazon.com Servs.*, Inc., 2021 WL 3637730, at *6–7 (S.D. Ohio Aug. 17, 2021) (collecting cases).

Given Hunter's relentless and frivolous filing practices, this Court deems him a vexatious litigator and restricts him from filing, in the Eastern District of Michigan: (1) any further documents in this case; and (2) any new action without first seeking and obtaining leave from the presiding judge. Additionally, **any new filings, including but not limited to new complaints, MUST be accompanied by a certificate from an attorney,**

**who is licensed in this Court or the State of Michigan, certifying that the filing is not frivolous and submitted in good faith.**

The Clerk is **DIRECTED** not to docket or otherwise accept any documents for filings in this or any new action unless specifically directed to do so by a district judge or magistrate judge of this district. Undocketed and unaccepted documents shall be returned to Hunter.

Furthermore, should Hunter violate this order, the Court will impose further sanctions, including holding him in contempt.

IT IS SO ORDERED.

Dated: July 10, 2025

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge